Robert E Zorn
652 SOUTH STREET
MIDDLETOWN SPRINGS VT
AUGUST *// 2o//*

U.S. DISTRICT COURT
N.D. OF N.Y
FILED

AUG 3 1 2011

LAWRENCE K. BAERMAN, CLERK
ALBANY

DEAR COURT  CLERK  UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF  NEW YORK
PLEASE FIND TO BE  FILED IN THE   U.S DISTRICT COURT
FOR THE DISTRICT OF N.Y   COURT CASE
ROBERT E ZORN PLAINTIFF  MANDATOR
PETITIONOR     DOCKET CASE NO  11 cv 0985 gts drh

 A CORRECTION

for  criminsl proceedures under the false claim act
and  under  federal indentity theft and mail fraud
and the  newly formed  joiner of the  persons andparties
and  process  in  behalf  of and against persons
not  parties in which the  foriegn law has already
been established and finalized

*BANK FRAUD. By BANK ITSELF*

please also find the certificate of  service

and notice of dismissal of the  STATE OF VERMONT
RUTLAND COUNTY DISTRICT COURT  PROCEEDING
STATE OF VERMONT  VS  ROBERT E ZORN
IN WHICH NEWLY FORMED  ACTIONS OF THE    JUDGE
NAMED AS A PERSON INDITE HER  AND THE ET AL
STATE PARTIES  OF GRAND  :LARCENY  MAIL FRAUD
WITH THE VERMONT STATE  POLIECE AND DEFAMATION

PLEASE ALSO FIND THE ORIGINAL PROCEEDINGS
RETURN OF  SERVICE
OF THE  SERVICE FOR THE UNITED STATES SOLICITOR GENERAL
AND THE UNITED STATES ATTORNEY GENERAL HOLDER

AND THE RETURN OF SERVICE OF
JAMES  OTTAWAY JR  WITH THE PROCESS SERVICE

COPY OF THIS  LETETR SENT  TO ALL LITGANTS  GOOD DAY
SIGNED ROBERT E ZORN

Robert E. Zorn
652 South St.
Middletown Springs, VT 05757
Tel: 802-235-2589

*Robt E zorn*
*August 7/ 2011*

*33
Parties
Already
Joined
By
Process
in Behalf
of Person
V. Rcp 71
F Rcp 71*

UNITED STATES DISTRICT COURT          CRIMINAL AND CIVIL
FOR THE DISTRICT OF  NEW YORK

ROBERT E ZORN   VS                    DOCKET CASE NO.

UNITED STATES OF AMERICA              *11 CV 0985*
                                      *GTS/DRH*
THE STATE OF VERMONT  ET AL


PROCESS IN BEHALF OF  AND AGAINST PERSONS

NOT  PARTIES UNDER FED RULES AND CIVIL PROCEEDURES

71 forcing obediance TO THE ORDERS IN WHICH THE  UNITED
STATES MARSHALL SERVICE REFUSED TO
SERVE THE PARTIES, AND THE ET AL PROCESS SERVERS
IN THE STATE OF VERMONT, *Serving Summons and Complaint*
*with Attached document*
AND NOTICE OF  RETURN OF SERVICE OF THE  SERVICES

FOR THE UNITED STATES ATTORNEY GENERAL HOLDER CARE  OF
THE UNITED STATES SOLICITOR GENERAL

950 penn  ave  N.W  WASHINGTON D.C
20530

AND THE SERVICE FOR JAMES *H OTTAWAY JR*
*10 watch Hill Road*
*New York N.y. 12561*
1) WHEREBY UNDER THE  CERTIFICATE OF SERVICE
I ROBERT E ZORN PLAINTIFF  MANDATOR PETITIONOR
MADE SERVICE BY FIRST CLASS U,S  MAIL TO THE
PERSONS AND PARTIES PAGE *5*  OF THIS PROCESS IN BEHALF OF
AND AGAINST PERSONS NOT PARTIES UNDER FEDERAL RULES AND CIVIL
PROCEEDURES IN WHICH THIS  PROCESS HAS BEEN FULLY ACTED ON


2)  IN ADDITON  TO THE PROCESS AND
    CERTIFICATE OF  SERVICES THE C ERTIFCATE OF SERVICE
    IS MADE TO THE STATE OF VERMONT  RUTLAND COUNTY DISTRICT
    COURT CRIMINASLLY INDITRING THE  JUSTICE DIMAURO
    FOR RACKETEERING THROUGH THE  USE OF THE  JUDICIARY
    FEDERAL MAIL FRAUD  FEDERAL
    TRADE FRAUD
    CRIMINALLY INDITING  DIMAURO THE RUTLAND COUNTY
    COURT  THE  COUNTY AND THE  VERMONT STATE POLICE
    SEE ATACHED



Robert E. Zorn
662 South St.
Middletown Springs, VT 05757
Tel 802-235-2999

*Page 1*

7) THERESA DIMAURO
   CARE OF  THE STATE OF VERMONT  RUTLAND COUNTY  DISTRICT
   COURT   9  merchants row  Rutland vt 05701

4) geofrey  crawford
   GEOFREY  CRAWFORD  CARE  THE STATE OF VERMONT WASHINGTON
   COUNTY SUPERIOR COURT  65 state  street montpelier  VT

Robert E. Zorn
882 South St.
Middletown Springs, VT 05757
Tel: 802-235-2500

page 2

5) TRACEE RUPE OAKMAN
ROUTE  30 wells vermont 05774
tel 802  645 9090

6) CHARITY DOWNS 7 quin cove road wells vermont 05774
TEL 802 645 0071

7) THE TOWN OF MIDDLETOWN SPRINGS VERMONT  *UT 08757*
*10 PARK AVE middletown springs*
*Tel 802 2352220*

8) THE TOWN OF PLYMOUTH VERMONT
68 TOWN OFFICE ROAD
PLYMOUTH VERMONT
05056 tel    802 672 3655

9) THE  ATTORNEY GENERAL FOR THE STATE OF VERMONT / *William Sorrell as a peosin*
william  sorrell 109 STATE STREET MONTPELIER VERMONT
05609
FOR THE STATE  HOSPITAL, THE VERMONT STATE POLICE THE
JUDICIARY OF THE STATE OF VERMONT, THE  VERMONT  SUPREME COURT JUS
TICES, THE COUNTIES OF RUTLAND COUNTY WASHINGTON COUNTY
WINDSOR COUTY AND CHITTENDEN COUTY, VERMONT
COUNTIES, *and for UT State Hospital  Do Indiv, Do our chrie, Do mansoritor/ intees*
*vote Supreme Court Justices et al—*

10) SARAH LEE BEARD, MARC BRIERRE, THERESA DIMAURO
AT THEIR WORK PLACE the state of vermont rutland county
DISTRICT COURT  9  merchants Row  Rutland vt

05701

11) KEVIN   CANDON
12 MARY MILES TEACHOUT,
13 CLERK  THERESA CORSONSE
care of  THE STATE OF VERMONT RUTLAND COUNTY
SUPERIOR COURT  83 center street
05701

14) THE PERSONS  CHRISTINA REISS, J GARVAN MURTHA
15 WILLIAM FAGAN CARE OF THE  UNITED STATAES DISTRICT COURT
16) FOR THE DISTRICT OF  NEW YORK POST OFFICE BUILDING
p.o.bn 607 rutland vt 05702 0607

17) the newly joined persons and partys
THE  CITY OF RUTLAND VERMONT
1 STRONGS AVE RUTLAND VERMONT 05701
tel 802 773 1800

18) THE RUTLAND  REGIONAL MEDICAL CENTER
160 allen street Rutland VERMONT
tel 802 775 7111

19) the STATE OF VERMONT
CARE OF WILLIAM SORRELL 109 state street montpelier vt
05609

20 GEORGE BELCHER
       SUPERIOR COURT
21 JANICE BROWN
CARE OF THE STATE OPF VERMONT   WASHINGTON COUNTY PROBATE COURT
NO 10 elm street montpelier vermont 05601

the state of vermont washington county superior   court
65 STATE   STREET MONTPELIER VERMONT
05601 for the service of geofrey   crawford
GEOFREY   CRAWFORD

22 THE RUTLAND HERALD NEWS PAPER
     27 Wholes St
        Rutland Vt 05701

23 THE   TOWN OF KILLINGTON VERMONT
   2706   River Road Killington vermont

   05751

24 THE LAWFIRM OF LORENTZ LORENTZAND   HARNETT AND   TARA DEVINE
AND THE   PERSONS STEPHEN RYAN JAMES D BROWN
26 court court street Rutland vermont

25 THE   LAW   FIRM OF SPERRY LANGROCK AND   WOOL AND ASSOCIATES
   P.O.B 721 210 COLLEGE STREET BURLINGTON VT 05402 tel 864 0217
                                                              (802)

26) THE   CITIZENS   BANK
PAWLET VERMONT
   tel   802 645 0300
05761

27) THE LAW   FIRM OF STETLER ALLEN AND   KAMPMANN
EARNESTT ALLEN THE THIRD
95 SAINT PAUL STREET   BURLINGTON   VERMONT 05401

tel   802 660 8646

28/A ARTHUR   B ZORN   , WALTER A ZORN HERBET G   OGDEN
CARE OF THE STATE OF VERMONT
ATTORNEY GENERAL WILLIAM SORRELL
DUE TO SUBSTITUTION OF PARTYS

AND
28B ARTHUR   B ZORN 37 loomis street montpelier vermont
05602

29) WALTER A   ZORN BROWNS TRACE   ROAD JERICHO VERMONT

30) HERBET G   OGDEN 12 north   main street
DANBY VERMONT

                        186 South Willard St   802
                                               860.0163
                   Robert E. Zorn
                   663 South St.
31/ PAUL   COTTON   M.D. P.C Burlington Vt   Middletown Springs, VT 05757
DR   PAUL COTTON         05401-   Tel: 802-235-2869
                                                   Page 4

IN WHICH ROBERT E ZORN UNDER THE PENALTY OF PERJURY

FILED THESE DOCUMENTS

SUMMONS AND COMPLAINT OF THE C ASE

AND     ANCILLARY

AMENDED

COMPLAINT  JOINING THE PARTIES
THE CITY OF RUTLAND VERMONT

THE RUTLAND  REGIONAL MEDICAL CENTER


THE  CITIZENS  BANK OF PAWLET VERMONT

THE LAW FIRM OF LOREENTZ LORENTZ AND HARNETTT

ET AL

THE LAW FIRM OF LANGROCK APERRY AND WOOL AND ASSOCIATES


SINCE UNDER  V.R.A P.41  AND  FEDERAL RULES OF

     civil proceedings  and criminal proceedures  rule

     of state  law the courts and  defendants were served
     the         COURT ORDERED  MANDATES

     AS WELL THE INSTATE  COUNTYS AND  TOWNSHIPS
     IN WHICH UNDER THE  MANDATES IN PROBATE COURT PROCEEDINGS
     AND GOVERNMENT  PROCEEDINGS  REQUIRES NO  FURTHER PROCEEDINGS
     IN SUPERIOR COURT V.R,A,P 41 d
     as well under  execution in the district court rule 41
     (c) EXECUTION IN SUPERIOR OR DISTRICT COURTS
     THEREFORE THE PERSAONS NAMED UNDER OFFICIAL RECORD
     OTHER THAN THE ONES SERVED OUT OF  STATE
     DONT HAVE TO BE SERVED BY A PROCESS SERVER AFTER THE  OFFICIAL RE
     RECORD OF  SERVICE WAS  MADE

     SINCE THE  STATE OF VERMONT  RUTLAND COUNTY  DISTRICT
     COURT IS A UNIFIED COURT  THE CERTIFIED MANDATES
     ENTERED PREVIOUSLY NEED NOT BE IN REPETITION
     IN WHICHT HE COPURT HAS NO CHOICE BUT TO DISMISS THE  ACTIONS
     AGAINST ROBERT E ZORN FOR LACK OF JURISDICITON IN WHICH
     ROBERT E ZORN  COULD NEVER BE  TRIES TWICE
     DEMANDING  THE  GUNS AND ALL PROCEEDS ILLEGALLY
     SEIZED BY THE CORRUPT  COURT AND  ALL COURT  COSTS
     A MISTRIAL BOLSTERING THE  FACTS
     OF  OGDENS ARREST AND THE ET  AL FACTS
     OF THE LEADING  CASES INWASHINGTON COUNBTY SUPERIOR
     COURT

     SINCE THE STATE COULDNT SUBSTITUE  PARTYS
     UNDER MANDATE RULE THE CASES IN WASHINGTON *County me 5*

superior court  NOR   COULD THE STATE
OF VERMONT EVER  DEFY THE   COURT   ORDERS MANDATED BUT   DID
THE ACTIONS    ARE AGAINST THE STATE OF VERMONT
AND THE UNITED STATES  FOR TOTAL DESTRUCTION OF
DUE PROCESS PUNITIVE RELIEF

AND INJUNCTIVE   RELIEF ALREADY APPLIES

WHEREBY  ROBERT E ZORN  ENTERS THE   RETURNS OF THE
SERVICES OF JAMES OTTAWAY JR
AND THE UNITED STATES   ATTORNEY GENERAL CARE
OF THE  SOLICTOR  GENERAL

AND THE PROCESS

IN BEHALF OF AND AGAINST   PERSONS
NOT  PARTIES UNDER F.R.CP.71


see attached services and  mailings

Certifying That on August
31. 2011
Robert E Zorn
under FRCP 71
Served The State
Persons and Party
Copy of Cover
Service By US Mail
Other Than US Att General
Holder Solicitos General
And James Ottaway Jr
Just Served
By, Attaching these documents
The Same. To These Persons
of the address used in the
Process Served
Signed _____
August 31 2011
652 S. ST 05757   Tel 802 235 2559
D 6

UNITED STATES DISTRICT COURT     CIVIL AND CRIMINAL
PROCEEDINGS
docket case *11Cv 0985 CTS ЭЯК*

FOR THE   DISTRICT OF NEW   YORK    UNDER THE FALSE CLAIMS ACT
42 USC 1983
and under  et al civil

ROBERT E ZORN, (PLAINTIFF, MANDATOR, PETITITONOR) rights vio.

AND UNDER FRAUD
FEDERAL IDENTITY THEFT

Vs

THE STATE OF VERMONT

THE UNITED STATES, ET AL DEFENDANTS
RUTLAND   REGIONAL MEDICAL CENTER
THE  CITY OF RUTLAND VERMONT
ANCILLARY ADDED
AMENDED COMPLAINT   JOINING THE PARTIES *changing to original actions as well*

a) THE   CITY OF RUTLAND VERMONT    D) LORENTZ LORENTZ
CARE OF CLERKS   OFFICE          AND   HARNETT ET AL

b) AND THE RUTLAND   REGIONAL MEDICAL CENTER e) SPERRY

c) THE   CITIZENS   BANK         LANGROCK   AND  WOOL
ET AL

1) WHEREBY THE   NEWLY FORMED ACTIONS OF THE STATE OF VERMONT

RUTLAND COUNTY DISTRICT COURT ALLEDGED ATTEMPTS

TO FALSIFY THE   PROCEEDINGS IN WHICH A   NEWLY FORMED

*Habitually Falsifying Records*

ORDER       ALLEDGED TO HAVE TAKE..N PLACE
*Saving the litigants Under FRCP 71*
IN RUTLAND COUNTY THE STATE OF VERMONT IN THE   DOCKET CASE

448-3-11 rdcr   could never   have transpired because

ROBERT E ZORN   SINCE THE RELEASE         HAS BEEN AT

HIS RESIDENCE THE GREEN ROOFED HOUSE 652 south st FROM

10 in the evenings to 6 in the mornings   everyday
IN WHICH THE VERMONT STATE POLICE NEVER CONTACTED ROBERT E ZORN
IN WHICH AT NO TIME   COULD THE DEFENDANTS IN THE   PROCEEDING

OF THIS CASE FILED A SUMMONS   OR   ISSUED A ACTION

TO ROBERT E ZORN  BEING  DEFENDANTS IN THE STATE OF NEW YORK
AS WELL IN THE UNITED STATES FOR FEDERAL VIOLATIONS OF COURT

ORDER OFFICIAL RECORDS
AT NO TIME   WAS ROBERT E ZORN EVER NOTIFIED OF
OF   ANY HEARINGS OTHER THAN THE ONES HE HAS ATTENDED
IN THE STATE OF VERMONT RUTLAND COUNTY
DISTRICT COURT PROCEEDINGS   THE STATE OF VT VS   ROBERT E ZORN

but have in repitition of falsification of

judicial records   newly formed  frauds

*Pg. 1*

2) the DEFENDANT RUTLAND  HERALD  NEWSPAPER

WILLFULLY AND MALICIOUSLY WITH THE STATE OF VERMONT  DEFENDANTS

AS CITED SERIOUSLY INJURED THE REPUTATION AND  HAVE ILLEGALLY

ZEIZED THE BAIL  MONEY OF  TEN  THOUSAND DOLLARS
OF ROBERTE ZORN BY FGALSIFYING  ACTIONS SINCE AUGUST 19th 2011

IN WHICH THEY CITED A  WARRANT FOR ARREST FOR ROBERT
E ZORN  WAS MADE AND THE FALIURE FOR ROBERT E ZORN

TO APPEAR  WHEN ROBERT E ZORN  NEVER WAS  NOTIFIED  AT ANY TIME

OF THESE ACTIONS  TO DATE FORMALLY AUGUST 28th 2011
after the fact the  these persons a re names as defendants
as well the  STATE  OF VERMONT,  AND THE JUSTICES AS INDIVIDUALS

IN STRICT VIOLATIONS OF THE  LAWS CITED AND THESE
AND DECLARATOY DECREES

DESTROYING THE RIGHTS OF THE FOURTH AMENDMENT RIGHTS

AND FIRST AMENDMENT RIGHTS OF REDRESS AND FREEDOM

OF SPEEECH IN WHICH ROBERT E ZORN  UNDER THE FIFTH

AMENDMENT  NEWVR HAS TO BE  PUT  IN DOUBLE JEOPARDY OF THESE [
PEOPLE

3 PURSUANT OF THE NEWLY FORMED ALLEDGED ACTIONS

OF` THE  STATE OF VERMONT  VERMONT STATE POLICE

AND THE STATE OF VERMONT  RUTLAND COUNTY DISTRICT COURT

THE STATE  POLICE VERMONT STATE THEY COU LDN*T* FIND ROBERT E ZORN


ZORN  DURING THE PROCEEDINGS OF THE 19th of  august  2011

through to date, when *R*obert *E* *Z*orn is home every afternoon

early evening and STAYS UNTILL  6 in the morning

in which  he  defamation by the *R*utland  Heralds  newly forme

d  article  falsifys these facts  ,

since *R*obert *E* *Z*orn posted 10,000.00 of bail  monney
the state of vermont  Rutland county
DISTRICT COURT  NEVER  SERVED ROBERT E ZORN ANY
ACTIONS AFTERE THE PROCEEDINGS
FILED IN THE  UNITED STATES  DISTRICT COURT FOR THE  DISTRICT OF

NEW YORK  TRANSPIRE IN AUGUST OF THE  YEAR 2011

unles the mail wasnt  served properly

to ROBERT E ZORN, NO ON*E* HAS CONTACTED ROBERT E ZORN
OF  ANY  PROCEEDINGS THE  DEFEND*ANT*S  HAVE , BUT THE
SERVICES COULDNT TRANSPIRE  ANYWAY BECAUSE
THESE DEFEND*ANT*S ARE PARTIES IN THIS  ACTION
*PRIOR  TO The New claims of violating a fake bail agreement,*
WHEREBY THE  ACTIONS ARE HEAR. SAY UNTILL  PROVEN
IN WHICH ROBERT E ZORN  CANT CONTA .CT THESE PERSONS  ARE PARTIES

SINCE THE  PROCEEDINGS ARE VALID AGAINST THE ACTIONS
OF THE DEFEND ATS IN ANY STATE IN UNITED STATES FOR
VIOLATIONS OF  CIVIL RIGHTS OF COURT ORDERS FROM THE
U.S.C. A FOR THE   2nd circuit
by the defendants nammed in the case
UNDER THE  14th amendemmtn of the  U.S.C. NO PERSON
CAN  SUPPORT THESE TREACHEROUS PEOPLE
USING TAX PAYERS COURTS TO RACKETER FOR THEIR PRIVATE SECTOR
PERSONS

*9)* PURSUANT OF THE ACTIONS OF THE VERMONT STATE

POLICE AND THE RUTLAND HERALD NEWSPAPER ANDTHE DEFENDANTS

KNOWINGLY HAVING FUL:L KNOWLEDGE THAT ROBERT E ZORN

RESIDES AT 652 south street MIDDLETOWN SPRINGS VERMONT

AND NEVER SERVING ROBERT E ZORN AFTER HAVING SUPERIOR

KNOWLEDGE THAT THE ARE DEFENDANTS ( COUNTER DEFENDANTS

NEVER RESPONDED TO THE MOTIONS FILED IN THE RUTLAND COUNTY DIS

TRICT COURT BY ROBERT E ZORN

WHEREBY THE NEWLY FORMED ACTIONS OF THE ET AL

PARTIES FALSIFIED THE TERMS OF THE BAIL

THAT COULDNT EXSIST AFTER FALSIFYING JUDICAL

COURT ORDERS IN CRIMINAL CONTEMPT OF THE ORDERS

HABTITUALLY OFDFENDING THE ORDERS ATTACHEDTO THE COMPLAINT
SERVED ON THESE PERSON PREVIOUSLY

SINCE THE RUTLAND COUNTY NEWSPAPR STATE BAIL IS SET NOW AT
$50,000.00 the bail , Robert E Zorns moneys were illegally
seized $10,000.00 when at no time did Robert E Zorn
receive service of any hearing in that court that he didnt atten
which is GRAND LARCENY
SINCE THE HERALD CONTINUED THE SLANDER LIBEL AGAINST ROBWERT
ROBERT E ZORN THE ACTIONS ARE A FULLY ORCHESTRATED CONSPIRACY
IN WHICH THE PUBLIC RECORDS AGAINST THESE PERSONS IS A OFFICAL
RECORD IN THE STATE OF NEW YORK

uncontetsed as afact the actions of /these defendants
WILLFULLY AND MALICIOUSLY SERIOUSLY DAMAGES THE REPUTATION
OF ROBERT E ZORN AND ARE FALSE CLAIMS AGAINST THE
ACTIONS CITED BY ROBERT E ZORN

SINCE UNDER THE FIFTH AMENDMENT RIGHTS OF NEVER
TO BE PUT IN DOUBLE JEOPARDY OF THESE PEOPLE
HAS BEEN CONTINUALLY VIOLATED BY THE STATE OF VERMONT
AND UNITED STATES THE NEWLY FORNMED ACTIONS ARE
WITNESS TAMPERING

since RoberteEZorn has injunctive releif
robert e zorn demands the relief against these persons
UNDER THE INJUNCTIVE RELEIF IN STATE VALID IN ANY STATE OF THE
CIRCUIT COURT RULING ZORN VS THE STATE OF VERMONT ET AL

SINCE THE JUDICIARY OF CHRISTINA REIS ANDTHE
U.S DISTRICT COURT FOR THE DISTRICT OF VERMONT
FAILED TO ACT UNDER THE DECLARTORY DECREES OF COURT ORDERS

0 4

5) PURSUANT OF THE  FEDERAL  VIOLATION OF WITNESS

TAMPERING   CONTINUED

BY THE  NEWLY FORMED  ACTIONS
OF HARRASSING AND INTIMIDATING ROBERT E ZORN

a witness against the   vermont state  police  et al
under 18 USCA 1512

the actions  are federal criminal actions of  witness tampering

AGAINST THE EVRMONT STATE  POLICE THE STATE OF VERMONT

 JUDGE  DIMAURO THE  STATE OF  VERMONT RUTLAND COUNTY

STATE ATTORNEY, THE RUTLAND HERALD  NEWAPAPER
ET AL DEFENDANTS

IN WHICH THE STATE OF VERMONT  NOR ANY PERSON

COULD  HAVE  NAMED ROBERT E ZORN MENTALLY ILL

OR INCOMPETANT AGAINST THE OFFICIAL RECORDS ENTERED

IN WHICH THE  CONTENTSS OF THE  PENDING
INVESTIGATION
OF THE CONTENTS AGAINST THESE PERSONS IS INJUCTIVE
MANDATORY IN ANY STATE TO
FURTHER VICTIMIZE ROBERT E ZORN THE PLAINTIFF

FOR EXPSOSINGTHESE CORRUPT ACTIONS


WHEREBY   UNDER THE WITNESS PROTECTION ACT

OF  1982 Robert E Zorn  demands the immediate

RELIEF OF PROTECTION BY RESTRAINT AGAINST THESE PERSONS

6) SINCE THE UNITED STATES MAIL WAS  ILLEGALLY SEIZED
IN THE PROCEEDINGS AND  WAS UNCONTETSTED BY THE UNITED
STATES POSTAL CRIMINAL UNIT THE ACTIONS MAY
ALSO BE AGAINST THE  LOCAL POST OFFICE IN
MIDDELTOWN SPRINGS FOR  WITH HOLDING MAIL
CONTINUALLY

7) WHEREBY THE STATEMENTS  MADE BY ROBERT E ZORN
IN ALL LITGATION ARE TRUE RECORDS OF FACT
AND COURT ORDERS AND  JUDICIAL RECORDS

9) PURSUANT OF THE ACTIONS OF THE STATE OF VERMONT

VERMONT DISTRICT COURT, UNITED STATES

DISTRICT COURT FOR THE DISTRICT OF VERMONT ,AND STATE OF VT

THE RUTLAND COUNTY DISTRICT COURT THE

COURTS WITH HELD THE ORDERS IN THE PROCEEDINGS   DOCKET CASE

_ . RDCR IN WHICH A TRANSCRIPT FINALLY   448-3 11 RDCR
WAS RECEIVED BY

ROBERT E ZORN IN WHICH THE SINGLE DATE FOR

REMOVEAL 30 DAYS FROM THE ACTION WAS TIMELY IN WHICH THE   COURTS

VIOLATED THE RIGHTS TO APPEAL THE A CTIONS OF THE FALSE   CLAIMS

in which the   actions of  reiss and   dimauro are  scandulous

in   AFULLY ORCHESTARETD CONSPIRACY WITH THE PRIVATE SECTOR

PERSONS  TO ILLEGALLY SEIZE PROEPRTYYS OF ROBERT E ZORN

UNDER THE SINGLE LARCENY DOCTRINE

IN WHICH THE COURTS ARE CONTROLLING THE ASSETS OF ROBERT

E  ZORN AFTER  ILLEGALLY SEIZING WITH THE STATE OF VERMONT

JUDGMENT  ORDERS  PROFITTING THE PRIVATE SECTOR  PERSONS IN NEW

YORK

INCLUDING  ILLEGALLY SEIZING  BAIL OF TEN THOUSAND DOLLARS

N.EW FORMED THE SINGLE IMPULSE PLAN  CRIMINAL

INCLUDING THE  SLANDER PER SE HABITUALLY AS WELL INDUCING SLAVERY
OUTLAWED BY THE  13th amendment of the u.s c and by expost facto
WHEREBY ROBERT E ZORN   ADDS THE  JOINER OF THE ACTIONS

AND THE  NEWLY FORMED  PERSONS AND  ENTITYS

DC

g) since ROBERT E ZORN  WAS NEVER

IN FORMED OF ANY HEARING AGAINST HHE JUDICIAL RECORDS

ALREADY VIOLATED BY THE STATE  OF VERMONT RUTLAND COUNTY SUPERIOR

AND DISTRICT COURT THE  VIOLATIONS OF THE  SIX AMENDMENT

RIGHTS  HAS  OCCURED OF VIOLATING  THE RIGHT TO BE INFORMED

OF THE NATURE OF THE  ACCUSATION AND THE RIGHT TO CONFRONT

WITNESSES, AND THE RIGHT TO COUNSEL AND THE RIGHT

TO COMPULSORY PROCESS TO OBTAIN WITNESSES

SINCE THE RIGHTS TO DUE  PROCESS OF THE REMOVEAL OF THE CASES

WERE  VIOLATED BY THE UNITED STATES DISTRICT COURT  FOR THE DISTR

ICT OF VERMONT AND THE U.S.C.A. FOR THE SECOND C IRCUIT


WHICH ALSO INCLUDED TRHE VIOLATIONS OF A TRIAL BY JURY

THE ACTIONS OF  FALSIFYING  JUDICIAL RECORDS ACROSS STATE

LINES HAVE BEEN  VIOLATED THROUGHOUT THE LAST TEN YEARS OF

LITIGATION

h) SINCE THE PROCESS SERVERS REFUSED IN THE STATE

OF VERMONT TO SERVE THE  COMPLAINT, AS WELL

THE UNITED STATES  MARSHALLS IN

NEW YORK THE  SERVICES  WERE DELAYED DELIBERATELY

STRICT VIOLATIONS OF THE  SIXTH AENDMENT

OF THE U.S.C.  OF OBTAING WITNESSES PROOF OF  SERVICE

SINCE THE OROCEEDINGS IN WASHINGTON COUNTY SUP¼ERIOR COURT

OF THE STATE OF VERMONT  THE STAT  TRANSFERED AND SUBSTITUTED PAR

TYS THE UNCONTETSTED FACT THJAT THE STATE OF VERMONT WAS A

ACESSAORY TO THE MURDER OF EDNA A ZORN ARE UNCONTETSTED

SINCE THE VERMONT STATE  POLUICE SHOT ROBERT E ZORN IN THE  HEART

WITH A  TAZER  MARCH 30 2011 when roberet e zorn
never  resisted  arrest

/ ) pursuant of the Rutland Regional Hospital

THEIR ACTIONS OF CITING ROBERT E ZORN

not falling after being shot once with a tazzer

and falsifying the fact that they have superior

( AS WELL NEVER COULD HAVE RELEASED EDNA A ZORN )
( FROM THE CUSTODY OF ROBERT E ZORN          )
KNOWLEDGE OF ROBERT E ZORN BEING SERIOUSLY INJURED BEFORE

AUTH.RSCOPIC SURGERY ON HIS .....
KNEE NEVER REMEIDED
TORN RIGHT SHOULDER ROTOR PERMANANT DAMAGE

OF NECK KNEE AND AMPUTATETD FINGERS

AND BEING DIAGNOSIED BY THE CHEIF

MEDICAL EXAMINER DR FORD OF THE STATE OF VERMONT

OF HAVING TERMINAL ARTHRITUS AND THESE INJURIES

IN WHICH THE ACTIONS OF NOT BEING ABLE TO ACT

PHYSICALLY ON MARCH 30 2011 when the vermont

STAE POLICE FALSLY ARRESTED ROBERT E ZORN

FOR REESISTING ARREST AFFTER THE ARRESTS WERE MADE ON
THWE DEFENDNATS NAMED IN THE PROCEEDINGS

IN THE WASHINGTON COUNTY SUPERIOR COURT,AND PROBATE COURT
AFTER THE STATE OF VERMONT ILLEGALLY SEIZED EDNA A ZORN

AND AIDED IN ACESSPRY TO HER DEATH

THE ACTIONS NEWLY FORMED BY THE VERMONT STATE POLICE

THROUGH THE MEDIA OF THE RUTLAND HERALD AFTER

AUGUST 19 th filing of the complaint

join these persons and parties

to include the actions of the citizens bank

OF WEST PAWLET TO RELEASE THE FUNDS

OF EDNA A ZORN ESTATE PRIOR TO HER DEATH

TO WALTER A ZORN ARTHUR B ZORN AFTER

HAVING SUPERIOR KNOWLEDGE

THAT ROBERT E ZORN WAS CONVEYED ALL PROPERTIES

/2)ROBVERT E ZORN   ALREADY HAS  THE  INJUNCTIVE RELIEF

AGAINST THE COURT RUTLAND  COUNTY DISTRICT   COURT
(SATTE  OF VERMONT)

AND THE RUTLAND  CCOUNTY SUPERIOR COURT,AND PROBATE COURT

AND THE  WASHINGTON COUNTY SUPERIOR COURT,AND PROBATE  COURT

AND THE  WINDSOR COUNTY  SUPERIOR COURT

AND THE UNITED STATES, AND THE STATE OF VERMONT

IN WHICH THE STATE  OF VRMONT NOR ANY JUSTICE

COULD  EVER  ARGUE THESE  COURT  ORDERED SANCTIONS

IN WHICH ROBERT E ZORN  HAS ALSO INJUNCTIVE RELIEF IN THE UNITED

STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

THE RUTLAND  COUNTY DISTRICT COURT  COULD  HAVE NEVER  FOUND

ROBERT E ZORN INCOMPETANT OR  TRY ROBERT E ZORN TWICE

UNDER THE DOUBLE  JEOPARDY CLAUSE OF THE U.S C.

/3) THEREFORE ALL RULINGS AFTER THE ENTRY OF THE MANDATES
OF COURT ORDERS AUTROMATICALLY REVERSE ALL RULINGS IN THE  PROCEE

DINGS IN WHICH UNDER FEDERAL RULES AND CIVIL PROCEEDURES

ROBERT E ZORN ENTERS THIS NOTICE OF  DECLARATORY JUDGMENT

AGAINST THE  ET AL DEFENDANTS   *For the Rele, PoP The*
*Demand oP the  Complaint*

/4) SINCE THE STATE OF VERMONT  FAILED TO

ENTER THE LEADING CASE ARRESTS

THE ARE  EQUALLY AS  GUILTY OF PREMEDITATED MURDER

FIRST DEGREE ,AND PRE MEDITATED ATTEMPTIVE MURDER

SECOND DEGREE ADMINSITERED ON ROBERT E ZORN

THE VERMONT STATE POLICE COULD HAVE NEVER  FOUND ROBERT
E ZORN  GUILTY OF SIMPLE ASSAULT OR RESISTING ARREST

/5) SINCE THE ACTIONS OF HERBET G OGDEN AND THE DEFENDANTS
ARE ALL OF FEDERAL INCOME  TAX  FRUAD  OF ROBERT E ZORNS
IDENTITY THE A CTIONS A RE ALL FEDERAL ACTIONS

/6) SINCE THE  SANCTIONS OF MANDATES  OF THE  COURT ORDERS *Tho unopHeld*

17) SINCE THE ACTIONS OR  IRREPAIRABLE THE NEWLY FORMED ACTIONS

OF THE STATE OF VERMONT  TO ILLEGALLY SEIZE THE

$10,000.00 bail money of Robert E Zorn
  WITH OUT HIS PERMISSION
HAVING  NO JURISIDCITON TO EVEN SET  BAIL

AFTER  FALSIFYING THE JUDICIAL RECORDS .

IN WHICH THE ACTIONS OF THE JUDICIARY  HAD TO DISMISS THE

CASE FOR LACK OF  JURISDICITON  UNDER MANDATORY SENTENCING


THE ACTIONS OF  CHIEF JUSTICE REISS TO DESTROY THE RIGHTS


UNDER THE JURISDICTION OF FEDERAL CRIMINAL

PROCEEDURES UNDER THE FALSE CLAIMS ACT AND UNDER INDENTITY THEFT

FRAUD AND UNDER  42 USC 1983 acts of  civi

SINCE THE UNITED STATES  MAIL WOULD  HAVE  HAD TO BEEN  DELIVERED

TO ROBERT E ZORN  OF ANY  HEARING DATE THAT WAS SCHEDULED

OR FOR NEWILY FORMED  HEARING IN  THE STATE OF VERMONT

RUTLAND COUNTY DISTRICT COURT, IN WHICH AT NO TIME  DID ROBERT E

ZORN EVER  RECEIVE  NOTICE,  OR ISSUED BY A NONE PARTY


IN HAND  AT  HIS RESIDENCE 652 south st middletown springs vt

any service THE USE OF U.S MAIL EITHER BY STATING THE SERVICE

WAS SENT, OR THE U.S MAIL WITH HOLDING THE  MAIL

 HA TO  OCCUR  UNDER  MAIL FRAUD

18 SINCE THE MONEY  USED FOR THE  BAIL IS FUNDED BY A BASNK

UNDER 18:1344(2) FRAUDING  A  BANK HAVING FULL

KNOWLEDGE  HAS OCCURRED BY THE ET AL DEFENDANTS

AND  FRAUDING ROBERT E ZORN  GRAND LARCENY


19) SINCE THE JUDICIARY OFF THE U.S DISTRICT COURT  BLOCKED

 THE USE OF THE  COURT  FIRST AMENDMENT RIGHTS VIOLATED


 THESE ACTIONS ARE ALL PRE MEDITATED

20) SINCE  WALTER A Z ORN  AND  ARTRHUR  B  ZORN

IN WHICH  HERBET G  OGDEN  AND THE  STATE OF VERMONT ET AL COUNTER

DEFENDANTS IN THE PROCEEDINGS IN THE  WASHINGTON COUNTY

SUPERIOR  AND PROBATE  COURT PROCEEDINGS IN THE STATE  OF VERMONT

IN A FULLY  ORCHESTARTED  CONSPIRACY WITH THE  CITIZENS  BANK
 ILLEGALLY SEIZED ROBERT E ZORNS  FUNDS CONVEYED BY
TITLE TO ROBERT E ZORN  BEFORE HER DEATH
BY FORGING  A  LAST WILL  WITH CHARITY DOWNS
IN WHIUCH THE CLERK OF THE COURT  WASHINGTON COUNTY PROBATE
COURT HAVING SUPERIOR  KNOWLEDGE ACTED
ON INTHE STATE  PROCEEDINGS AFTER THE UNCONTESTED FACT
THAT THESE ACTIONS  OCCURRED AND SIGNED FOR HEARING
AGAINST THE FACTS  AND THE DEFAULT
AND FURTHER FRAUD ROBERT E ZORN  WITH OUT  HIS  CONSENT
BY STATING  A COMPETANCY HEARING  TOOK  PLACE AND
A HOSPITALIZATION  HEARING WILL TAKE  PLACE FALSIFYING
THE JUDICIAL RECORDS HABITUALLY AFTER THE SERVICE OF CERTIFIED
ORDERS BARRING THE STATE OF VERMONT  FROM  NEW CLAIMS
TRANSPIRED AND A FTER THE  ARREST OF THE  ET AL
COUNTERDEFENDNATS INCLUDING THE JUDGE GEORGE BELCHER
FOR ILLEGALLY SEIZING EDNA A ZORN  AND FALSIFYING THESE R ECORDS

21) SINCE  J GARVAN MURTHA AND THE UNITED STATES    STATED   THAT
BIRGER HEFFERMEHL WAS A OUT  OF  STATE PARTY
IN THE  ATTACHED ORDER   AFTER HE  DEFAULTED, AND AFTER THE  MAN
DATED COURT ORDER OF ZORN VS  THE STATE OF VERMONT

BARRED THE STATE OF VERMONT  FROM  NEW  CLAIMS
AND UNITED STATES OF  AMERICA, THE  UNUITED STATSS
FRAUDED  ROBERT E ZORN  ACROSS STATE  LINES
THE JUDGMENT ORDER AGAINST HEFFERMEHL MOLLO
AND GRAYSON  IN WHICH  UNDER THE STATE  LAW
BY THE  ANTI INJUNCTION ACT DECLARATORY DECREES
HEFFERMEHL AND THE ET AL PERSONS WERE  AT NO TIME
OUT OF STATE PARTIES IN WHICH ROBERT E ZORN  NEVER
GAVE  ANY PERSON PERMISSION TO
 TAKE  THE  JUDGMENT ORDERS FROM  HIM AGAINST HEFFERMEHL
OR  ANY PERSON

IT ALSO BARRS THE STATE OF VERMONT OR  ANY  STATE  FROM  NEW
CLAIMS ANYWHEREE INTHE UNITED STATES  OF AMERICA

22) SINCE ROBERT E ZORN  NEVER  GAVE  ANY PERSON PERMISSION
AFTER  FORECLOSING ON THE PROPERTYS OF  JAMES D  BROWN
THOMAS RYAN  EDNA A ZORN,  THE GRAYSON ESTATE
AND THE PROEPRTY  FORECLOSING PROCEEDURES
TAKEN PLACE THE BEATRICE HALIDAY PROEPRTY AND THE
ROSEMARY PROEPRTY IN THE  CITY OF RUTLAND
NO ONE  CAN EVER TAKE THE PROEPRTYS WITH OUT THE CONSENT
OF ROBERT E ZORN

23) since the process in  behalf and person not parties
was issued to the federal agencies
in which they  declined to act disobediantto the rulings
the persons acting against the  color of the law  have to

24) PURSUANT OF THE ATTACHED ORIGINAL COPY OF THE

APPEALLANTS  BREIF IN THE DOCKETED CASE

ROBERT E ZORN  vs PREMIER HOMES INC. *Appendix*
DAVID STEWART

UNCONTETSTED AS A FACT THE  CITY OF RUTLAND VERMONT  FRAUDULENTLY
CONVEYED TITLE TO PROBERTYS AS CITED IN THE APPEAL TO
OUT OF STATE  PERSONS

INW HICH UNDER  42 U.S.C. 1983
injunctive relief was not  granted after declaratory decrees
of the proven fact that the indeptness against the mechanics
liens  was      unpaid in which the    persons
conveying title to the propertys  violated state
law of lublic  records and the mechanics lien
laws of the state of VERMONT  DECLARTORY DECREES
OF OUT OF STATE  LAW IN  WHICH THE FEDERAL COURT
UNDER THE ANTI INJUCTION  ACT HAS TO DEEM THE ACTIONS
UNDER FEDERAL RULE OF 42 U.S.C. 1983 the declaratory  decrees wer
WERE  VUIOLATED  BY THE STATE OF VERMONT RUTLAND CITY, THE  CITY

OF RUTLAND VERMONT IN A FULLY ORCHESTRATED CONSPIRACY WITH
THE DEFENDNAT APPELEES AND THEIR ATTORNEYS
WHEREBY UNDERFFEDERALJURISDICITON

THE  DECLARTORY JUDGMENT  AGAINST THE STATE OF VERMONT
CITY OF  RUTLAND VERMONT AND THE  ATTORNEYS AND
THE PROPERTY ATTACHED WOULD HAVE  TO BE GRANTED
TO ROBERT E ZORN FOR  VIOLATIONS OF THE OFFICIAL RECORD OF THE
MECHANICS LIEN

*as cited in the appendix*
*cover set to service*
*litigants*
*original at  U.S Dist Court N.Y.*

WHEREBY ROBERT E ZORN  ENTERS  THESE NEWLY FORMED
PARTYS  BY  JOINING THESE LITIGANTS AND  SENDING
THE    PROCESS OF AND IN  BEHALF OF PERSONS

UNDER PROCESS  IN BEHALF  OF AND A GAINST PERSONS
NOT  ½PARTIES BY THE PARTIES FAILING  TO ACT
IN THE APPELLATE  PROCEEDURES  DEFAULTING
IN THE PROCESS IN THE STATE OF VERMONT
TOTALLY INCOMPETANT TO ACT  UNDR MANDATORY SENTENCING
BARRED FROM  NEW CLAIMS UNDER RESS  JUDICATA
COLLATERAL ESTOPEL  INWHICH THE  CASES WERE CLOSED
AFTER THE ISSUANCE OF THE ATTACHED  MANDATES BY COURT ORDER
ISSUED UNAPPEALABLE
IN WHICH THE STATE  OF NEW YORK  U.S DISTRICT FOR  NEW YORK
HAS NO CHOICE BUT TO GRANT THE RELIEFS AS DEMANDED
BY ROBERT E ZORN
UNCONTETSTED IN THE STATE OF VERMOTN  ACTIONS
DEMANDING  DISMISSAL OF ALL ACTIONS  IN VERMONT
COURTS  FOR  LACK OF JUR ISDICITON
*P/)*

WWHEREBY ON THIS


ROBERT E ZORN   PRAYS FOR THE RELIEF OF THE DEMANDS
JUST AND FAIR   AND IMMEDIATE INJUNCTION AGAINST EACH
AND EVERY   PERSON   NAMED AS DEFENDNATS
FOR   FEAR OF   LOSS   OF LIFE   AND LIMB
IN WHICH THE UNCONTETSTED FACTS
ARE THE FSACT THAT THESE   PERSONS   AHVE   ALREADY ACTED
IN   A FULLY ORCHESTRATED CONSPIRACY TO KILL
ROBERT E ZORNM AFTER   KILLING HIS MOTHER



ENETRING THESE NEWLY FORMED PERSONS AND   PARTIES

SIGNED  ROBERT E ZORN

PLAINTIFF APPELLANT MANDATOR PETITIONOR ON THIS

AUGUST  3/  2011

Robert E. Zorn
662 South St.
Middletown Springs, VT 05757
Tel: 802-235-2589

P/3

# 03-cv-338

-------------------------------------------------

In the
UNITED STATES COURT OF APPEALS FOR THE SECOND CRCUIT

## ROBERT E. ZORN
PLAINTIFF-APPELLANT

V.

## PREMIER HOMES INCORPORATED, AND DAVID STEWART
DEFENDANT-APPELLEE

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

APPEAL FROM A DECISION
Of the
UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT
CASE No. 1:03-CV-338

* * * * *

APPENDIX OF PLAINTIFF-APPELLANT
ROBERT E. ZORN
PRO SE APPEALANT-PLAINTIFF

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ROBERT E. ZORN
South Street
Middletown Springs, VT 05757
Tel: 802-235-2559

June 1, 2004